# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

17 State Street • New York, NY 10004

212.425.9300 • fax 212.425.9337

www.bressler.com

Michael R. Gaico  
Associate

Direct: 212-235-6422  
mgaico@bressler.com

March 9, 2016

**VIA FACSIMILE – 212-805-7942**

Hon. Alvin K. Hellerstein  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/16
```

So ordered  
3-9-16  
[signature]

Re: *RX Safes, Inc. v. Kodiak Capital Group, LLC et al.*  
Index No. 16-cv-01095

Dear Judge Hellerstein:

Our firm represents Defendants Kodiak Capital Group, LLC, Ryan Hodson, and BMA Securities (collectively, "Defendants"). By this letter, we advise the Court that Plaintiff Rx Safes, Inc., through its counsel, has agreed that the time for these Defendants to answer or otherwise respond to the complaint in the above-captioned action is hereby extended to and including April 11, 2016. We further advise the Court of the following:

- the original dates for the responses were March 10, 2016 or March 11, 2016;
- there have been no previous requests or extensions;
- through its counsel, Plaintiff has consented to this extension via electronic mail; and
- no other dates have been previously scheduled after the original date.

If you have any questions or comments, please do not hesitate to contact me.

Respectfully submitted,

BRESSLER, AMERY & ROSS, P.C.

[signature]

Michael R. Gaico

cc: Mazin Sbaiti, Esq. (*via email*)  
    *Counsel for Plaintiff*

New Jersey • New York • Florida • Alabama