UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RX SAFES, INC.

     Plaintiff,

    – against –

KODIAK CAPITAL GROUP, RYAN
HODSON, *individually,* BMA SECURITIES,
ISLAND CAPITAL MANAGEMENT,
LLC d/b/a ISLAND STOCK TRANSFER,

     Defendants.
-----------------------------------------------------------x

Index No. 16-cv-01095 (AKH)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Booker T. Coleman, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Island Capital Management d/b/a Island Stock Transfer in the above-captioned action.

I am in good standing of the bars of the states of Wisconsin and Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated March 22, 2016

Respectfully submitted,

/s/ Booker T. Coleman Jr.

Booker T. Coleman Jr. (6305324)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, Illinois 60642
312-658-6570
(fax) 312-658-6571
bcoleman@ulmer.com